RECEIVED

AUG 2 3 2006

ROBERT H. SHEMWELL
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MICHAEL CORMIER, Individually and o/b/o Alanis and Paislei Cormier<br>BRANDY CORMIER, o/b/o Alanis and Paislei Cormier<br><br>VS.<br><br>PANACO, INC.<br>PANACO PRODUCTION CO.<br>NATIONAL OFFSHORE, LP.<br>WHITTAKER CORP.<br>SURVIVAL SYSTEMS, INT'L, INC.<br>BAKER M.O. SERV., INC. | CIVIL ACTION NO. 06-0831<br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

As required by a standing order of this court, the undersigned has reviewed the record and concludes that the jurisdictional amount has been established in this diversity case.

Plaintiff, Michael Cormier, alleges that on May 18, 2003, he was employed by Baker M.O. Services, Inc. as an I&E technician working aboard a fixed platform owned and operated by defendants Panaco, Inc., and/or Panaco Production Company, and/or National Offshore, L.P.; that on that date, he suffered serious and permanent injuries while riding as a passenger in a motor-propelled survival craft sometimes called a survival capsule, which was allegedly designed, manufactured, tested, distributed, sold, and promoted by defendant Whittaker Corporation and/or defendant Survival Systems International, Inc., and was owned, operated, leased, managed, controlled, and maintained by Panaco, Inc., and/or Panaco Production Company, and/or National Offshore, L.P., and/or defendant Baker. Plaintiff invokes

jurisdictional under the general maritime laws of the United States, 28 U.S.C. §1331, as well as 28 U.S.C. §1332.

To the extent that jurisdiction is invoked under 28 U.S.C. §1332, the undersigned concludes that the jurisdictional amount has been established. Plaintiff contends that he sustained serious bodily injury, including a low back injury consisting of an annular disruption of the intervertebral discs at L4-O5 and L5-S1, which required surgery on his lumbar spine and caused him to incur medical expenses exceeding $50,000.00; that he suffered arthritic and vascular changes; suffered severe shock and injury to his nervous system; and that he will continue to suffer excruciating aches and pains in the future, disabling him from his current occupation and causing loss of past earnings and future earnings. Plaintiff seeks damages in excess of $1,320,000.00.

Considering the nature of the injuries suffered by plaintiff, the fact that he has already undergone surgery, and the fact that he has already incurred medical expenses exceeding $50,000.00, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on August __, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)