RECEIVED
MAY 28 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL CORMIER, ET AL. | CIVIL ACTION NO. 06-0831 |
| VERSUS | JUDGE DOHERTY |
| PANACO, INC., ET AL. | MAGISTRATE JUDGE METHVIN |

### ORDER

This matter was referred to Magistrate Judge Mildred E. Methvin for a Report and Recommendation. After an independent review of the record, the applicable law, and the Objections filed by defendants Watercraft America, Inc. and Umoe Schat-Harding, Inc., this Court concludes the Report and Recommendation of the magistrate judge is partially correct and this Court adopts in part the conclusions set forth therein, with the following modifications:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion to dismiss filed by defendants Watercraft America, Inc. and Umoe Schat-Harding, Inc. is GRANTED, and plaintiffs' claims against Watercraft America and Umoe Schat-Harding are DISMISSED WITH PREJUDICE as time-barred.

IT IS FURTHER ORDERED that the magistrate judge's findings in footnote 9 are STRICKEN from the record in this matter, inasmuch as the issue of what law is applicable to the claims in this case has not been presented to the Court for consideration as of this date.

IT IS FURTHER ORDERED that the parties shall file an outline of claims setting forth the applicable law with respect to each claim, each defendant, each cross-claim, and/or counterclaim in this case as described in detail in the Memorandum Ruling. Parties asserting claims, cross-claim,

or counterclaims shall file their outlines on or before June 17, 2008. Parties wishing to respond to any outline filed shall file their outline on or before July 1, 2008.

SIGNED at Lafayette, Louisiana on this ___21___ day of ___May___, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE